# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

KEVIN M BREIMON,

                Petitioner,

    v.

JEFFREY A UTTECHT,

               Respondent.

CASE NO. C12-5230-BHS-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS

      The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER:

      Plaintiff's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

      The Clerk is directed to mail a copy of this Order to Plaintiff.

      Dated this 28th day of March, 2012.

                                      J. Richard Creatura
                                      United States Magistrate Judge