UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN M. BREIMON,

            Petitioner,

v.

JEFFREY A. UTTECHT,

           Respondent.

CASE NO. C12-5230BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus (Dkt. 6) is **DENIED**;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

Dated this 23rd day August, 2012.

                                                BENJAMIN H. SETTLE
                                                United States District Judge

ORDER